STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    michael.keough@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON CHAND, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN, Administrator, Environmental Protection Agency, <br><br> Defendant. | No. 3:21-cv-07773-RS <br><br> **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Current CMC Date: May 5, 2022 <br> Time: 11:00 a.m. |

Plaintiff Sharon S. Chand ("Plaintiff"), and Defendant Michael S. Regan, by and through undersigned counsel ("Defendant"), hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for May 5, 2022, until 30 days after the Court rules on the outstanding Motion to Dismiss (Dkt. 16), or as soon thereafter as the Court is available.

This action, filed on October 5, 2021, includes claims for employment discrimination. *See* Dkt. 1. Defendant was served on December 27, 2021. Defendant moved to dismiss the Complaint on February 25, 2022. *See* Dkt. 16. On March 22, 2022, the Court vacated the motion hearing and indicated that the motion would be submitted without oral argument. *See* Dkt. 20. The Court has not yet ruled on the motion. The initial case management statement is presently due on Thursday, April 28,

2022.  The parties have met and conferred and believe that holding the Initial Case Management Conference after a decision is issued on the Motion to Dismiss will conserve the resources of the parties and the Court.

Accordingly, the parties request that the CMC scheduled for May 5, 2022, be vacated and continued until 30 days after the Court rules on the outstanding Motion to Dismiss (Dkt. 16), or as soon thereafter as the Court is available.

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: April 25, 2022          By:     */s/ Michael A. Keough*
                                       MICHAEL A. KEOUGH
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: April 25, 2022          By:     ***/s/ Sharon S. Chand*
                                       SHARON S. CHAND

                                       Plaintiff *Pro Se*

                                       ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                       has obtained approval from this signatory.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference, presently scheduled for May 5, 2022, is vacated. A Case Management Conference will be held on June 30, 2022 at 11:00 am.

Dated: __April 26_____, 2022    _____
HON. RICHARD SEEBORG
United States District Judge