STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    michael.keough@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON CHAND, | No. 3:21-cv-07773-RS |
|     Plaintiff, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
|     v. | |
| MICHAEL S. REGAN, Administrator, Environmental Protection Agency, | Current CMC Date:  June 30, 2022<br>Time:                        11:00 a.m. |
|     Defendant. | |

Plaintiff Sharon S. Chand ("Plaintiff"), and Defendant Michael S. Regan, by and through undersigned counsel ("Defendant"), hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for June 30, 2022, until 30 days after the Court rules on the outstanding Motion to Dismiss (Dkt. 16), or as soon thereafter as the Court is available.

This action, filed on October 5, 2021, includes claims for employment discrimination. *See* Dkt. 1. Defendant was served on December 27, 2021. Defendant moved to dismiss the Complaint on February 25, 2022. *See* Dkt. 16. On March 22, 2022, the Court vacated the motion hearing and indicated that the motion would be submitted without oral argument. *See* Dkt. 20. The Court has not yet ruled on the motion. The initial case management statement is presently due on Thursday, June 23,

STIPULATION AND ORDER 3:21-cv-07773-RS                    1

2022.  The parties have met and conferred and believe that holding the Initial Case Management Conference after a decision is issued on the Motion to Dismiss will conserve the resources of the parties and the Court.

Accordingly, the parties request that the CMC scheduled for June 30, 2022, be vacated and continued until 30 days after the Court rules on the outstanding Motion to Dismiss (Dkt. 16), or as soon thereafter as the Court is available.

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: June 21, 2022          By:     */s/ Michael A. Keough*
                                      MICHAEL A. KEOUGH
                                      Assistant United States Attorney
                                      Attorney for Defendants

Dated: June 21, 2022          By:     ***/s/ Sharon S. Chand*
                                      SHARON S. CHAND

                                      Plaintiff *Pro Se*

                                      ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                         has obtained approval from this signatory.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference, presently scheduled for June 30, 2022, is vacated. A Case Management Conference will be held on  8/25/2022  at 11:00 am.

Dated: June 21, 2022

_____
HON. RICHARD SEEBORG
United States District Judge