STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-6748
  michael.keough@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON CHAND,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL S. REGAN, Administrator,<br>Environmental Protection Agency,<br><br>  Defendant. | No. 3:21-cv-07773-RS<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND SET CASE SCHEDULE;**<br>**ORDER**<br><br>**Current CMC Date:  August 31, 2022**<br>**Time:                         11:00 a.m.** |

Plaintiff Sharon S. Chand ("Plaintiff"), and Defendant Michael S. Regan ("Defendant"), by and through undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for August 31, 2022, until October 20, 2022, and adopted the further case schedule as set forth below.

This action, filed on October 5, 2021, includes four causes of action related to claims for employment discrimination. *See* Dkt. 1. Defendant was served on December 27, 2021. Defendant moved to dismiss the Complaint on February 25, 2022. *See* Dkt. 16. On July 1, 2022, the Court granted the motion to dismiss for two of Plaintiff's claims, and denied the motion for Plaintiff's two remaining claims. *See* Dkt. 27. The Court directed that Plaintiff file an Amended Complaint within 30 days, and Plaintiff did so on August 1, 2022. *See* Dkt. 32. Defendant expects to move to dismiss the two claims

STIPULATION AND ORDER 3:21-cv-07773-RS                     1

that were previously dismissed in the Court's July 1, 2022 order, and expects to answer the two claims for which the previous motion to dismiss was denied.

On August 10, 2022, the parties discussed the upcoming case schedule as the Court had recently moved the upcoming Case Management Conference to August 31, 2022, a date that counsel for Defendant is unavailable due to official travel. Plaintiff also expressed that she would be unavailable in August and part of September due to forthcoming medical treatment. The parties therefore discussed a case schedule that accommodated all of these issues.

Accordingly, the parties request that the CMC scheduled for August 31, 2022, be vacated and continued until October 20, 2022, and that the following case schedule be adopted:

| | |
|---|---|
| **Friday, September 16** | Motion to Dismiss due for any claims where Defendant intends to move to dismiss |
| **Friday, September 30** | Opposition to Motion to Dismiss due |
| **Friday, October 7** | Reply due |
| **Thursday, October 13** | Case Management Conference Statement Due |
| **Thursday, October 20 11 a.m.** | Case Management Conference |
| **Thursday, October 27 1:30 p.m.** | Hearing on Motion to Dismiss |
| **Thursday, November 10** | General Order 71 disclosures due |
| **14 days after motion to dismiss is decided or final complaint is filed** | Answer due |

SO STIPULATED.

Respectfully submitted,

                                       STEPHANIE M. HINDS
                                       United States Attorney

Dated: August 10, 2022         By:    */s/ Michael A. Keough*
                                             MICHAEL A. KEOUGH
                                             Assistant United States Attorney
                                             Attorney for Defendants

| | | | |
|---|---|---|---|
| 1 | Dated: August 10, 2022 | By: | **/s/ *Sharon S. Chand*<br>SHARON S. CHAND |
| 2 | | | |
| 3 | | | Plaintiff *Pro Se* |
| 4 | | | ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER 3:21-cv-07773-RS                                           3

# ORDER

IT IS HEREBY ORDERED that the parties shall comply with the following case schedule:

| | |
|---|---|
| **Friday, September 16** | Motion to Dismiss due for any claims where Defendant intends to move to dismiss |
| **Friday, September 30** | Opposition to Motion to Dismiss due |
| **Friday, October 7** | Reply due |
| **Thursday, October 13** | Case Management Conference Statement Due |
| **Thursday, October 20** **11 a.m.** | Case Management Conference |
| **Thursday, October 27** **1:30 p.m.** | Hearing on Motion to Dismiss |
| **Thursday, November 10** | General Order 71 disclosures due |
| **14 days after motion to dismiss is decided or final complaint is filed** | Answer due |

Dated: __August 10_____, 2022

_____
HON. RICHARD SEEBORG
United States District Judge