STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    michael.keough@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON CHAND, | No. 3:21-cv-07773-RS |
|     Plaintiff, | **JOINT REQUEST TO CONTINUE DATES FOR GENERAL ORDER 71 DISCLOSURE AND CASE MANAGEMENT CONFERENCE; ORDER** |
|     v. | |
| MICHAEL S. REGAN, Administrator, Environmental Protection Agency, | **Current CMC Date:** December 1, 2022<br>**Time:** 11:00 a.m. |
|     Defendant. | |

    Plaintiff Sharon S. Chand ("Plaintiff"), and Defendant Michael S. Regan ("Defendant"), hereby STIPULATE and respectfully REQUEST that the Court (1) continue the date for the parties to exchange General Order 71 disclosures until December 9, 2022 and (2) vacate and continue the Case Management Conference, presently scheduled for December 1, 2022, until January 12, 2022, or as soon thereafter as the Court is available.

    This action, filed on October 5, 2021, includes four causes of action related to claims for employment discrimination. *See* Dkt. 1. Defendant was served on December 27, 2021. Defendant moved to dismiss the Complaint on February 25, 2022. *See* Dkt. 16. On July 1, 2022, the Court granted the motion to dismiss for two of Plaintiff's claims, and denied the motion for Plaintiff's two remaining claims. *See* Dkt. 27. The Court directed that Plaintiff file an Amended Complaint within 30 days, and

STIPULATION AND ORDER 3:21-cv-07773-RS      1

Plaintiff did so on August 1, 2022.  *See* Dkt. 32.  Defendant filed a motion to dismiss certain claims in the Amended Complaint on September 16, 2022, *see* Dkt. 35, which was submitted without oral argument pursuant to Civil Local Rule 7-1(b) on October 27, 2022.  *See* Dkt. 41.

On August 10, 2022, the Court so-ordered the parties' proposed case schedule (*see* Dkt. 34) which set November 10, 2022 as the date for the parties to exchange General Order 71 disclosures, and directed Defendant to file an answer to all of Plaintiff's remaining claims 14 days after the pending motion to dismiss is decided or the final complaint is filed.  On November 8, 2022, Plaintiff requested a one-time extension of her time to provide General Order 71 disclosures due to a recent illness.  Defendant consented to this request.  The parties also discussed continuing the Case Management Conference until after the pending motion to dismiss is decided and/or after Defendant has answered the Complaint.

Accordingly, the parties request that the Court (1) continue the date for the parties to exchange General Order 71 disclosures until December 9, 2022 and (2) vacate and continue the Case Management Conference, presently scheduled for December 1, 2022, until January 12, 2022, or as soon thereafter as the Court is available.

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: November 8, 2022    By:    */s/ Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
Attorney for Defendant

Dated: November 8, 2022    By:    ***/s/ Sharon S. Chand*
SHARON S. CHAND

Plaintiff *Pro Se*

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

STIPULATION AND ORDER 3:21-cv-07773-RS

**ORDER**

IT IS HEREBY ORDERED that the parties shall exchange General Order 71 disclosures by December 9, 2022.  IT IS FURTHER ORDERED that the Case Management Conference, presently scheduled for December 1, 2022, is vacated and continued until  January 12, 2023                           .

Dated:  November 9              , 2022

*Richard Seeborg* (signature)
HON. RICHARD SEEBORG
United States District Judge