STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON CHAND, | No. 3:21-cv-07773-RS |
|     Plaintiff, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
|     v. | |
| MICHAEL S. REGAN, Administrator, Environmental Protection Agency, | Current CMC Date:  January 12, 2023<br>Time:                    11:00 a.m. |
|     Defendant. | |

Plaintiff Sharon S. Chand ("Plaintiff"), and Defendant Michael S. Regan ("Defendant"), by and through undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for January 12, 2023, for approximately 60 days until March 16, 2022, or until the Court rules on the outstanding Motion to Dismiss the Amended Complaint (Dkt. 35).

This action, filed on October 5, 2021, includes claims for employment discrimination. *See* Dkt. 1. Defendant was served on December 27, 2021. Defendant moved to dismiss the Complaint on February 25, 2022. *See* Dkt. 16. The Court dismissed the Complaint in part, *see* Dkt. 27, and Plaintiff filed an Amended Complaint to re-plead the dismissed claims on August 1, 2022. *See* Dkt. 32. Defendant moved to dismiss these claims on September 16, 2022. *See* Dkt. 35. On October 27, 2022,

the Court indicated that the motion would be submitted without oral argument. *See* Dkt. 41. The Court has not yet ruled on the motion.

While the parties exchanged General Order 71 disclosures on December 9, 2022, *see* Dkt. 43, the parties believe that holding the Initial Case Management Conference (and drafting a discovery plan) after a decision is issued on the pending Motion to Dismiss and the claims at issue are crystalized will conserve the resources of the parties and the Court.

Accordingly, the parties request that the CMC scheduled for January 12, 2023, be vacated and continued until March 16, 2022 or until the Court rules on the outstanding Motion to Dismiss the Amended Complaint (Dkt. 35).

SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: January 5, 2023        By:    */s/ Michael A. Keough*
                                     MICHAEL A. KEOUGH
                                     Assistant United States Attorney
                                     Attorney for Defendants


Dated: January 5, 2023        By:    ***/s/ Sharon S. Chand*
                                     SHARON S. CHAND

                                     Plaintiff *Pro Se*

                                     ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                        has obtained approval from this signatory.

STIPULATION AND ORDER 3:21-cv-07773-RS          2

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference, presently scheduled for January 12, 2023, is vacated. A Case Management Conference will be held on  3/16/2023 at  11:00 am. Joint Case Management Statement due 3/9/2023.

Dated:  January 5 , 2023

HON. RICHARD SEEBORG
United States District Judge