1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  MOLLY A. FRIEND (CABN 289677)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7177
6     FAX: (415) 436-7234
      molly.friend@usdoj.gov
7
   *Attorneys for Defendant*
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  SHARON S. CHAND,                     )  No. 3:21-cv-07773-RS
                                         )
13       Plaintiff,                      )  **STIPULATION TO CONTINUE CASE**
                                         )  **MANAGEMENT DEADLINES;**
14    v.                                 )
                                            **AS MODIFIED BY THE COURT**
15  MICHAEL S. REGAN, Administrator,
    Environmental Protection Agency,     )
16                                       )
         Defendant.                      )
17  _____ )
                                         )
18                                       )

19
20       Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above captioned action hereby
21  submit the below Stipulation and Proposed Order to continue the remaining deadlines in the Court's
22  Case Management Scheduling Order. Dkt. No. 54.
23       Pursuant to the Court's Case Management Scheduling Order, the following deadlines remain in
24  the above action: (1) all dispositive pretrial motions must be filed and served by June 21, 2024, and
25  heard no later than August 1, 2024; (2) the final pretrial conference is to be held on October 2, 2024; (3)
26  the Joint Pretrial Statement and Proposed Order shall be filed on September 20, 2024; and (4) trial is set
27  to commence on October 28, 2024. Dkt. No. 54.
28       Subject to the Court's approval, the Parties agree to stipulate to continue these deadlines by five

STIPULATION AND ORDER 3:21-
CV-07773-RS                                          1

weeks. The continuance is requested in order to accommodate certain scheduling conflicts, to allow additional time to prepare pretrial motions, and to engage in additional settlement discussions prior to trial if needed.

As such, the Parties agree to stipulate the following proposed new schedule:

- **July 26, 2024**: All dispositive pretrial motions must be filed and served
- **September 5, 2024**: Last day to hear dispositive pretrial motions
- **November 12, 2024, 1:30 p.m.**: Final pretrial conference
- **October 25, 2024**: Joint Pretrial Statement and Proposed Order due filed
- **December 2, 2024, 9:00 a.m.**: Jury trial to commence.

A proposed Order is attached.

DATED: June 18, 2024                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendant*

DATED:  June 17, 2024

  */s/ Sharon S. Chand\**
SHARON S. CHAND

*Pro Se Plaintiff*

*\* In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION AND ORDER 3:21-CV-07773-RS                                       2

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The remaining deadlines set by the Court's Case Management Scheduling Order are continued to as follows:

- **July 26, 2024**: All dispositive pretrial motions must be filed and served
- **September 5, 2024**: Last day to hear dispositive pretrial motions
- **November 12, 2024, 1:30 p.m.**: Final pretrial conference
- **October 25, 2024**: Joint Pretrial Statement and Proposed Order due filed
- **December 2, 2024, 9:00 a.m.**: Jury trial to commence.

DATED: June 18, 2024

_____
CHIEF DISTRICT JUDGE RICHARD SEEBORG