UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON S. CHAND,

Plaintiff,

v.

MICHAEL S. REGAN,

Defendant.

Case No.  21-cv-07773-RS

**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT FOR ELIGIBILITY ASSESSMENT**

A further case management conference in this matter took place on  June 18, 2026. The Court indicated at the conference that this referral would be forthcoming. Plaintiff was assessed previously for her eligibility for pro bono counsel for the purposes of settlement only. Plaintiff received that assistance, but now her case is set to proceed to trial. Thus, eligibility for additional pro bono assistance should be assessed.

Plaintiff is hereby ordered to contact the Federal Pro Bono Project to schedule an appointment for assessment of eligibility for appointment of pro bono counsel. Plaintiff shall contact the Federal Pro Bono Project by email (fedpro@sfbar.org) or phone (415-782-8982) to request the assessment in accordance with this Order.

Plaintiff is advised that this referral is for eligibility assessment only, and it does not guarantee that counsel will be appointed.

**IT IS SO ORDERED**.

Dated: June 24, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

<< SHORT ORDER TITLE >>
CASE NO. 21-cv-07773-RS

2