UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON S. CHAND,

Plaintiff,

v.

MICHAEL S. REGAN,

Defendant.

Case No.  21-cv-07773-RS

**ORDER TERMINATING LIMITED-SCOPE APPOINTMENT OF PRO BONO COUNSEL & ORDER TO LOCATE PRO BONO COUNSEL FOR FULL-SCOPE PROCEEDINGS**

Pro bono counsel were appointed to provide Plaintiff with limited-scope representation for settlement purposes. Dkt. 56. Since this purpose has been fulfilled, the Court terminates any further responsibilities of the appointed pro bono counsel. The Court thanks the Rogers Joseph O'Donnell attorneys for service to the Federal Pro Bono Project and hereby relieves them from the limited scope representation.

The Plaintiff is in need of counsel for trial, and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1.     The clerk shall forward this order to the Project office.  The scope of this referral shall be for:

☒  <u>all purposes</u> for the duration of the case

☐  the <u>limited purpose</u> of representing the litigant in the course of

    ☐  mediation

    ☐  early neutral evaluation

    ☐  settlement conference

    ☐  briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

    ☐  discovery as follows: _____

_____

    ☐  other:

_____

_____

2.    Upon being notified by the Project that an attorney has been located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3.    All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

**IT IS SO ORDERED**.

Dated: July 13, 2026

_____
RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California